**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

No. 99-10351, No. 99-10352
_____


MICHAEL IRVIN,

Plaintiff-Appellant,

VERSUS

CITY OF DALLAS, BEN CLICK, JAMES CHANDLER, DAVID GOELDEN, ROSS SALVERINO, KIM SANDERS, UNNAMED MEMBERS OF THE DALLAS POLICE DEPARTMENT, individually and in their official capacities as police officers of the City of Dallas,

Defendants-Appellees.


_____


ERIK WILLIAMS,

Plaintiff-Appellant,

VERSUS

CITY OF DALLAS, BEN CLICK, JAMES CHANDLER, DAVID GOELDEN, ROSS SALVERINO, KIM SANDERS, UNNAMED MEMBERS OF THE DALLAS POLICE DEPARTMENT, individually and in their official capacities as police officers of the City of Dallas,

Defendants-Appellees.


_____

Appeal from the United States District Court
for the Northern District of Texas
(97-CV-1327)(97-CV-296)
_____


October 25, 1999

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Plaintiffs Michael Irvin and Erik Williams sued the above-named defendants, in related actions, for alleged civil rights violations under 42 U.S.C. § 1983 and based on state law claims arising from a criminal investigation, and related activities, prompted by a woman's false claim that the plaintiffs had sexually assaulted her. The district court consolidated the actions and granted the defendants' motion for summary judgment dismissing all federal claims with prejudice and declining to exercise jurisdiction over the remaining state law claims, dismissing them without prejudice. Having carefully reviewed the record and studied the briefs submitted by counsel, we find no reversible error and AFFIRM for essentially the reasons set forth by the district court in its order dated March 5, 1999.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.